ACCEPTED
03-15-00561-CR
8022847
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 7:21:25 PM
JEFFREY D. KYLE
CLERK

CAUSE NO.   03-15-00561

| | | |
|---|---|---|
| **GARY RICHARD STIER** | * | **IN THE COURT OF APPEALS** |
| Appellant | * | |
| | * | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **VS.** | * | **THIRD DISTRICT** 11/30/2015 7:21:25 PM |
| | * | JEFFREY D. KYLE |
| **THE STATE OF TEXAS** | * | **AUSTIN, TEXAS** Clerk |

**MOTION FOR EXTENSION OF TIME TO FILE LATE BRIEF**

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes GARY RICHARD STIER, Appellant, by and through their attorney of record, who requests that the Court grant an extension of time to file Appellant's Brief and in support shows as follows:

I.

The deadline for filing Appellant's Brief was on October 30, 2015.

II.

Appellant is requesting an extension of seven days to complete Appellant's Brief because counsel for Appellant had experienced flooding in his law office that made practice difficult at or near October 30, 2015, the date of the filing.   A portion of work on the appeal had been lost. Appellants' counsel needs more time to complete the brief.   No requests for other extensions have been filed by Appellants to date.

WHEREFORE, PREMISES CONSIDERED, Appellant requests an extension until December 7, 2015.

1

Respectfully submitted,

Cliff McCormack
Attorney for Appellant
174 S. Guadalupe, Suite 106
San Marcos, Texas 78666
Telephone: 512-353-3803
Fax: 512-353-7483
cliffwmccormack@gmail.com
SBN 00792683

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been delivered to Kathryn Scales via email on November 30, 3015.

Cliff McCormack

2